UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., § <br> as Broadcast Licensee of the September § <br> 13, 2003 De La Hoya/Mosley Event, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> JOSE PEÑA, Individually and d/b/a EL § <br> PASO NITE CLUB, § <br> and § <br> MARTIN PEÑA, Individually and d/b/a § <br> EL PASO NITE CLUB, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-05-3432 |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for entry of default judgment against Defendant Jose Peña, individually and doing business as El Paso Nite Club. Jose Peña has failed to respond to either the Complaint or the motion. Accordingly, the Court finds that Plaintiff's motion, Docket No. 7, should be and hereby is **GRANTED**. Default judgment is hereby **GRANTED** for Plaintiff against Defendant Jose Peña, individually and doing business as El Paso Nite Club.

1

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**